**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FERNANDO GARCIA
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Gateway Group ONE
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

CV. 21-2831 (CCC)(ESK)

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff       Name             FERNANDO GARCIA

              Street Address   _____

              County, City     _____

              State & Zip Code _____

              Telephone Number  (908) 578-8617

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Gateway Group One_

Street Address _604 - 608 Market Street_

County, City _Essex, Newark_

State & Zip Code _New Jersey 07105_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _42 U.S.C. 1981 (Section 1981)_

_____

_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? *Morristown Medical Center*

B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

| What happened to you? |
|---|

C.      Facts: *Gateway Group ONE terminated my employment as a Security Officer on February 16th, 2017. Prior to my termination, I was demoted from the position of mobile Patrol to a standing Security Officer due to fabricated charges by Parking Manager John Russo and his assistant David Kiviello.*

| Who did what? |
|---|

*John Russo, with the authorization of Regional Manager Danny Picciottoli, fired me for allegedly accepting a gratuity. Picciottoli, who is Italian, permitted another Security Officer, who is also Italian, to accept gratuities on numerous occasions without terminating him.*

| Was anyone else involved? |
|---|

| Who else saw what happened? |
|---|

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.    NONE

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.    Plaintiff Seeks monetary relif relit relief from the defendant in the amount of $400,000.00 for Compensatory and Punitive damages based on the defendant's termination of Plaintiff due to race.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 16th day of ___February___, 20 21 .

Signature of Plaintiff _Fernando Marcia_

Mailing Address _P.O. Box 1850_

_Bloomfield, N.J. 07003_

Telephone Number _(908) 578-8617_

Fax Number *(if you have one)* _____

E-mail Address _SUPERBFG69@Aol.Com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Fernando Marcia_

- 5 -